AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America </br> v. </br> </br> William Cox </br> </br> *Defendant(s)* | ) ) ) ) Case No. ) ) 1:21-mj-00095 ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 22, 2020  in the county of  Marion  in the
Southern District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition By a Prohibited Person |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Ryan VanOeveren
*Complainant's signature*

Ryan VanOeveren, TFO/ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone  *(reliable electronic means)*
Date: 2/1/2021
Date:

City and state:   Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Ryan VanOeveren, being duly sworn, does depose and state:

**Affiant Background and Purpose of Affidavit**

1. I am a Detective with the Indianapolis Metropolitan Police Department (IMPD) and have been employed by IMPD and its predecessor organization, the Indianapolis Police Department, as a sworn law enforcement officer since 2000. I am also a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and I have been so employed since 2017. In connection with my official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119. In addition to my IMPD and ATF experience, I was previously assigned as a TFO with the Federal Bureau of Investigation (FBI) Safe Streets Task Force in Indianapolis for approximately four years between 2009 and 2013.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging William COX (date of birth XX/XX/1986) and Social Security Number XXX-XX-3889) with Possession of a Firearm and Ammunition By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

**Facts Supporting Probable Cause**

5. On Tuesday, December 22, 2020, at approximately 12:31p.m., uniform officers of the Indianapolis Metropolitan Police Department (IMPD) responded to a domestic disturbance with a weapon located at 3363 Nicholas Avenue, in Indianapolis, Indiana. IMPD officer J. Purvitis arrived at the location and made contact with the victim at East 34th Street and North Caroline Street. The victim stated her son (COX) had been arguing and pushing her while inside her residence throughout the morning. The victim further stated COX held a gun to the back of her head and stated he was going to kill her if he lost his leg. COX had recently sustained a gunshot wound to his lower leg earlier in the week from a previous unrelated shooting incident. The victim stated COX left the residence because she had called the police. COX was reported leaving driving his green Dodge Durango. By the time IMPD officers arrived at 3363 Nicholas Avenue, COX had returned. IMPD officers made contact with COX and detained him.

6. IMPD Detective Swart was contacted to further the investigation. A Marion County Magistrate Judge granted a State of Indiana search warrant for the 3363 Nicholas Avenue residence and COX's vehicle that was parked in the driveway of the residence. IMPD officers conducted a search of the residence and COX's Dodge Durango. During the search, IMPD officers

located an Acme Healthcare bag on the floor in the rear seating compartment of the vehicle. The bag contained a loaded black Ruger T-95 9mm semiautomatic handgun and a loaded black SCCY CPX4380 .380 semiautomatic handgun. The vehicle was registered to COX. The Acme Healthcare bag also contained the following:

    a. One clear plastic bag containing 13.7 grams of Fentanyl

    b. One clear plastic bag with a blue end containing 1.28 grams of Fentanyl

    c. One plastic bag containing 6.2 grams of Marijuana

    d. One blender, and

    e. A digital scale

7. All the evidence was photographed, recovered, and transported to the IMPD property room and COX was transported to the Marion County Jail.

8. COX has sustained a conviction for a crime punishable by more than one (1) year of imprisonment, that is;

    a. Resisting Law Enforcement as a Level 6 felony in Marion County (Indiana) under cause number 49G21-2002-F5-006985, on or about April 30, 2020; and/or

    b. Criminal Recklessness Committed with a Deadly Weapon as a level 6 Felony in Marion County (Indiana) under cause number 49G16-1902-F6-006402, on or about June 26, 2019; and or

    c. Dealing in a Narcotic Drug as a Level 4 felony in Marion County (Indiana) under cause number 49G21-1511-F2-040746, on or about April 28, 2016; and or

    d. Carrying a Handgun without a License as a Level 5 felony in Marion County (Indiana) under cause number 49G20-1503-F5-009824, on or about April 28, 2016; and/or

    e. Dealing in Narcotic Drug as a Level 5 Felony in Marion County (Indiana) under cause number 49G20-1512-F5-044636, on or about April 28, 2016.

9. The Ruger T-95 9mm semiautomatic handgun and/or a loaded black SCCY CPX4380 .380 semiautomatic handgun described above were not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

10. At the time COX possessed the Ruger T-95 9mm semiautomatic handgun and/or the loaded black SCCY CPX4380 .380 semiautomatic handgun, COX knew that he had been previously convicted of a crime punishable by more than one year of imprisonment.

11. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

**Conclusion and Request**

12. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on December 22, 2020, in the Southern District of Indiana, William COX, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging COX with this crime, along with a warrant for his arrest.

          /s/ Ryan VanOeveren,
          Ryan VanOeveren, Task Force Officer
          Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by reliable electronic means

 Date: 2/1/2021

          Tim A. Baker
          United States Magistrate Judge
          Southern District of Indiana